FILED

2003 DEC -2 P 5: 22

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Petitioner,

v.

LARRY J. MYERS,
    Respondent.

Civil Action No.
3:01-CV-2072
(DJS) (TPS)

October 8, 2003

## PETITIONER'S MOTION FOR RECUSAL OF THE HON. DOMINIC J. SQUATRITO FOR FAILURE TO ACT

    The petitioner, Anthony Torres, respectfully moves this court for recusal of the Hon. Dominic J. Squatrito for his failure to act on this federal <u>Writ of Habeas Corpus</u>. The failure of the court to act on the petition has hindered the petitioner from reaching a disposition

of the matter. In support of this motion for recusal the petitioner submits the following facts:

1. The petitioner had filed this federal Writ of Habeas Corpus in November 2001. The last entry on the docket was on February 13, 2003 denying the petitioner's renewed motion for appointment of counsel (Doc. #21).

2. It has now been over 8-months since the last docket entry and this court has not handed down a ruling on the petition.

3. The failure by this court to act has rendered this petition into a state of dormacy. The petitioner's incarceration has been prolong if this court had or would have granted the petition.

-2-

4. This court has not provided the petitioner any explanations for the failure to act on the petition and the petitioner reasonably believes that no legitimate cause exist.

5. In the interests of justice, the Hon. Squatrito should recuse himself and have the court clerk reassign the petition to another federal judge for adjudication.

6. The petitioner respectfully request that this court recuse itself by October 31, 2003.

WHEREFORE, the petitioner seeks this court to grant this motion for recusal for the judge's failure to act.

Dated: October 8, 2003   Respectfully submitted,

          */s/ Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Petitioner)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

## CERTIFICATION

This is to certify that a true copy of the above motion for recusal was mailed, postage prepaid, on this 8th day of October 2003, pursuant to Rule-5(b) of the FRCP, to Carolyn K. Longstreth, Senior Asst. State's Attorney, Chief State's Attorney's Office, 300 Corporate Place, Rocky Hill, CT 06067.

          */s/ Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Petitioner)

-4-