UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES
                                                PRISONER
    v.                                  CIVIL 3:01cv2072 (DJS)

LARRY MYERS

## J U D G M E N T

This cause came on for consideration of the Petition for Writ of Habeas Corpus before the Honorable Dominic J. Squatrito, United States District Judge.

The Court has considered the petition and all the papers submitted in connection with the petition. On January 31, 2007, the Court issued a Ruling denying the petition and further ruling that a certificate of appealability will not issue.

It is therefore **ORDERED** and **ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and the matter is closed, in accordance with the Court's order.

Dated at Bridgeport, Connecticut this 31st of January, 2007.

                                                KEVIN F. ROWE, Clerk

                                                By___/s/ Cynthia Earle

                                                Cynthia Earle
                                                Deputy Clerk

Entered on Docket _____