FILED
2007 FEB 12 P 4:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Petitioner,

v.

LARRY MYERS,
    Respondent.

Civil Action No.
: 3:01-CV-2072
(DJS)

February 6, 2007

## NOTICE OF APPEAL

Pursuant to Rule-4(a)(1) of the FRAP, the petitioner, ANTHONY TORRES, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the District Court Judgment and Order denying the Writ of Habeas Corpus dated January 31, 2007 and entered in the Docket on February 1, 2007 by the District Court clerk.

Dated: February 6, 2007

THE PETITIONER (PRO SE)

*Anthony Torres*

ANTHONY TORRES #246027
Northern Correctional Institution
287 Bilton Road
Post Office Box -665
Somers, CT 06071

CERTIFICATION

This is to certify that a true copy of the above Notice of Appeal was mailed, postage prepaid, on this 6th day of February 2007, pursuant to Rule-5(b) of the FRCP, to Carolyn K. Longstreth, Senior Asst. State's Attorney, Chief State's Attorney's Office, 300 Corporate Place, Rocky Hill, CT 06067.

*Anthony Torres*

ANTHONY TORRES #246027
(Pro Se Petitioner)